# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

140356 (52)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 140356
COA: 284830
Saginaw CC: 03-023823-FH

TIMOTHY DEMETRIS HOLDEN,
        Defendant-Appellant.

_____/

On order of the Court, the defendant's motion to exceed the 50-page limit for his application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is DENIED. The defendant failed to provide extraordinary and compelling reasons in support of the submission of an application with 72 pages of substantive argument (including 13 pages of text numbered by Roman Numerals and incorrectly labeled a "Statement of Jurisdiction"). Applications for leave to appeal must conform to MCR 7.302(1) and 7.212(B). The only exceptions to the 50-page limit provided at MCR 7.212(B) are for tables, indexes, and appendices. The defendant shall have 14 days from the date of this order to submit an application that conforms to the court rules.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

0421